IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HENRY BUNCH**                                                                          **PETITIONER**

**VS.**                              **CASE NO. 5:08CV00132 JMM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                              **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this  26   day of  Janaury , 2009.

_____
UNITED STATES DISTRICT JUDGE